ACCEPTED
06-14-00110-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 5:50:59 PM
DEBBIE AUTREY
CLERK

## NO.   06-14-00110-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/13/2015 5:50:59 PM

DEBBIE AUTREY
Clerk

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **8TH COURT** | |
| | § | | |
| **CODY LANG THOMAS** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Cody Thomas, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.     The case below was styled the <u>STATE OF TEXAS vs. Cody Thomas</u>, and numbered 1423904.

3.     Appellant was convicted of THEFT PROP >=$1,500<20K.

4.     Appellant was assessed a sentence of 20 YEARS on JUNE 18, 2015.

5.     Notice of appeal was given on JUNE 18, 2015.

6.     The appellate brief is presently due on April 13, 2015.

7.     Appellant requests an extension of time of 14 days from the present

date.

8. No extension to file the brief has been received in this cause.

11. Defendant is currently incarcerated.

12. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney's court schedule has prevented him from completing the Appellant's Brief. Appellant's attorney requests two additional weeks for him to prepare the Brief for filing.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By:   /s/ Martin Braddy
    Martin Braddy
    State Bar No. 00796240
    martin.braddy@verizon.net
    Attorney for Cody Thomas

## CERTIFICATE OF SERVICE

This is to certify that on April 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by fax to 903-885-0640.


/s/ Martin Braddy
Martin Braddy